IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00094 |
| | ) | Judge Trauger |
| | ) | |
| MICHAEL G. TANGREDI | ) | |

**O R D E R**

The defendant has filed a Request For Disclosure of Fed. R. Evid. 404(b) Evidence (Docket No. 39), to which the government has responded (Docket No. 47). The defendant's motion is **GRANTED**, and it appears that the government has provided the requested disclosure in its Response.

The defendant has also filed a Motion For Pre-Trial Written Notice of Impeaching Conduct (Docket No. 40), to which the government has filed a Response (Docket No. 46). The defendant's request is overbroad and confusing. To the extent that he requests notice of "prior bad acts that the Government intends to use against Mr. Tangredi for impeachment purposes should he testify in his defense," that information appears to have been provided by the government in response to the Rule 404(b) motion. To the extent that the defendant is requesting notice of convictions, the government provides notice that it is aware of two felony convictions (of which the defendant states he is also aware) and a "third misdemeanor drug conviction." (Docket No. 46 at 2) The government does not indicate that it would attempt to introduce that conviction to impeach the defendant, and, in all likelihood, it would not be admissible for impeachment purposes (unless, of course, the defendant denied on the stand that

1

he had any drug convictions). To the extent that the defendant's motion requests more than notice of convictions, it is **DENIED**.

It is so **ORDERED**.

ENTER this 12th day of March 2014.

ALETA A. TRAUGER
U.S. District Judge